BEFORE THE SECOND DIVISION, SEPTEMBER 2, 1938

**No. 39312.**—Protest 36072–G of S. G. Sabbagh & Bro. (New York).

Opinion by TILSON, J.   Articles embroidered and trimmed with lace similar to those involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 39313.**—Protests 186990–G, etc., of Albert Eckstein & Co. et al. (New York).

Opinion by TILSON, J.   Hoods and other articles in chief value of artificial silk similar to the merchandise involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39314.**—Protest 350788–G of Abraham & Straus, Inc. (New York).

Opinion by TILSON, J.   The record shows that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39315.**—Protest 212058–G of J. E. Bernard & Co., Inc. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39316.**—Protests 86834–G, etc., of Abraham & Straus, Inc. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 6, 1938

**No. 39317.**—Protests 426645–G, etc., of S. & A. Stern (New York).

Opinion by TILSON, J.   Embroidered-net edgings and flouncing similar to the merchandise involved in *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809) were held dutiable at 75 percent under paragraph 1430.   Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31.